UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:

PURDUE PHARMA L.P., et al.,

                Debtors.
------------------------------------------------------------------X

AMANDA MORALES,

                Appellant,                25 **CIVIL** 484 (CS)

    -against-                                        <u>**JUDGMENT**</u>

PURDUE PHARMA L.P., et al.,

                Appellees.
------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 25, 2025, the Bankruptcy Court's oral order of December 12, 2024, memorialized in the January 9, 2025 written Order, is affirmed; accordingly, the case is closed.

**Dated:**  New York, New York
         July 25, 2025

                                                        **TAMMI M. HELLWIG**

                                                          **Clerk of Court**
                             **BY:**    *K. Mango*
                                                          **Deputy Clerk**